**Fill in this information to identify the case:**

Debtor name: WC 1st and Trinity, LP
United States Bankruptcy Court for the: Western District of Texas
(State)
Case number (If known): 20-10885

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SAN MARCOS EATERY 1, LLC<br>3821 Lorna Road, Suite 107<br>Hoover, AL 35244 | | | | | | $1,100.00 |
| 2 | KBGE<br>105 West Riverside Drive, Suite 110<br>Austin, TX 78704 | | | | | | $726.15 |
| 3 | King & Spalding LLP<br>500 West 2nd Street, Suite 1800<br>Austin, TX 78701 | | | | | | unknown |
| 4 | Hance Scarborough, LLP<br>400 W. 15th Street, Suite 950<br>Austin, TX 78701 | | | | | | unknown |
| 5 | City of Austin<br>PO Box 2267<br>Austin, TX 78783-2267 | | | | | | unknown |
| 6 | Alexander Dubose & Jefferson LLP<br>515 Congress Avenue, Suite 2350<br>Austin, TX 78701-3562 | | | | | | unknown |
| 7 | Harney Partners<br>3800 N. Lamar Blvd., Suite 200<br>Austin, TX 78756 | | | | | | unknown |
| 8 | Julia Clark & Associates<br>1401 West Avenue, Suite B<br>Austin, TX 78701 | | | | | | unknown |

Debtor  WC 1st and Trinity, LP
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Streusand, Landon, Ozburn, and Lemmon LLP  1801 S. Mopac Expressway, Suite 320  Austin, TX  78746 | | | | | | unknown |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |