# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In Re: § Case No. 20-10885
§
§
§ Chapter 11
WC 1st and Trinity, LP §

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

/s/ Natin Paul, Authorized Representative          08/05/20
_____          _____
Debtor                                             Date


_____          _____
Joint Debtor                                       Date

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

WC 1st and Trinity, LP
c/o Brian Elliot
814 Lavaca Street
Austin, TX 78701

City of Austin
PO Box 2267
Austin, TX 78783-2267

Travis County Tax Office
PO Box 149328,
Austin, TX 78714-9328

SAN MARCOS EATERY 1, LLC | NEWK'S
3821 Lorna Road, Suite 107
Hoover, AL 35244

King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701

Alexander Dubose & Jefferson LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701-3562

Hance Scarborough, LLP
400 W. 15th Street, Suite 950
Austin, TX 78701

Julia Clark & Associates
1401 West Avenue, Suite B
Austin, TX 78701

Harney Partners
3800 N. Lamar Blvd., Suite 200
Austin, TX 78756

United Heritage Credit Union
PO Box 271
Fort Worth, TX 76101

LAZ Parking Texas, LLC
Attn: Brett Loeffler, G.M.
106 East 6th Street, Suite 320
Austin, TX 78701

WC 1st and Trinity GP, LLC
814 Lavaca Street
Austin, TX 78701

1st and Trinity Super Majority, LLC
814 Lavaca Street
Austin, TX 78701

The Roy F. & Joann Cole Mitte Foundation
1008 West Avenue
Austin, TX 78701

Ray C. Chester
Michael A. Shaunessy
MCGINNIS LOCHRIDGE LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701

Stephen W. Lemmon
Rhonda B. Mates
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 South Mopac, Ste. 320
Austin, Texas 78746