IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>**WC 1st and Trinity, LP**<br>814 Lavaca St.<br>Austin, TX 78701<br>TRAVIS-TX<br>Tax ID / EIN: 45-5614986<br>    *Debtor.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. **20-10885-tmd**<br>CHAPTER 11 |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned appears for The Roy F. & Joann Cole Mitte Foundation ("The Mitte Foundation"), a party in interest in this case, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the email address, office address and telephone number set forth below.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise.

Notwithstanding the aforementioned, please take note that the undersigned attorneys and law firm are not authorized by The Mitte Foundation to accept service of process on behalf of The Mitte Foundation.

1465355.v1

- 2 -

        Respectfully Submitted,

By:   */s/William H. Daniel*
      William H. Daniel
      State Bar No. 05362700
      McGinnis Lochridge LLP
      600 Congress Avenue, Suite 2100
      Austin, Texas 78701
      (512) 495-6000
      (512) 495-6093 (Fax)
      Email: wdaniel@mcginnislaw.com

ATTORNEYS FOR THE ROY F. & JOANN COLE MITTE FOUNDATION

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Notice of Appearance has been served via email using the Court's ECF system upon the appropriate parties listed for electronic service this 6th day of August, 2020.

DEBTOR: (Via First Class Mail)
WC 1st and Trinity, LP
814 Lavaca St.
Austin, TX 78701


DEBTOR'S ATTORNEY:
Mark H. Ralston
13155 Noel Road
Suite 700
Dallas, TX 75240
214-499-5544
Fax : 214-499-5501
Email: mralston@fjrpllc.com


        */s/ William H. Daniel*
        William H. Daniel

- 2 -

1465355.v1