**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 13, 2020.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WC 1ST AND TRINITY LP | § | Case No. 20-10885 |
| | § | |
| WC 3RD AND CONGRESS LP | § | Case No. 20-10887 |
| | § | |
| WC 1ST AND TRINITY GP LLC | § | Case No. 20-10886 |
| | § | |
| WC 3RD AND CONGRESS GP LLC | § | Case No. 20-10888 |
| Debtors | § | |

### INTERIM ORDER REGARDING DISCOVERY IN CONNECTION WITH THE MOTIONS TO DISMISS AND SETTING RESPONSE DEADLINE

On August 7, 2020, the Receiver, Gregory Milligan, filed his Motion to Dismiss Bankruptcy Cases, or in the Alternative, Motion for Determination that Receiver May Remain in Charge of Debtors in Possession in each of the above cases [ECF 8]. On August 11, 2020, motions seeking dismissal was filed by The Roy F. & Joann Cole Mitte Foundation in each of the above cases [ECF 10]. The next day, the Court held a status conference and found that an interim order allowing discovery related to the dismissal motions should be entered. In the alternative, information has been requested by a party-in-interest, and the Debtors shall provide it in accordance with their duties as outlined in Sections 1107 (a), 1106 (a)(1), and 704(a)(7).

ACCORDINGLY, IT IS THEREFORE ORDERED that the Debtors, and their owners, affiliates, and persons in control of the Debtors, including Natin Paul, shall give the Receiver unfettered access to the financial data in the accounting system as ordered by the state court, on or before August 17, 2020.

IT IS FURTHER ORDERED that World Class' Vice President of Accounting, Barbara Lee, appear for a deposition on or before August 17, 2020.

IT IS FURTHER ORDERED that the parties appear at a status conference on August 18, 2020 at 3:00 p.m. to discuss the status of the discovery.

IT IS FURTHER ORDERED that the Debtors shall file a response to the authority-to-file issue raised in the motions to dismiss by August 19, 2020.

###