**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 01, 2020.**



_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WC 1st AND TRINITY LP | § § | CASE NO. 20-10885 |
| WC 3RD AND CONGRESS LP | § § | CASE NO. 20-10887 |
| WC 1st AND TRINITY GP LLC | § § | CASE NO. 20-10886 |
| WC 3RD AND CONGRESS GP LLC | § § § | CASE NO. 20-10888 |
| Debtors | § | |

### ORDER GRANTING LP DEBTORS' MOTION FOR LEAVE TO FILE SUR-REPLY

Came on for consideration the *LP Debtors' Motion for Leave to File Sur-reply in Opposition to Motions to Dismiss Regarding Authority to File Chapter 11 Cases*, filed on August 28, 2020 (the "**Motion for Leave**"). Upon consideration of, among other things, the Motion for Leave, and the record in this case, this Court finds that the Motion for Leave should be granted. Accordingly, it is hereby

2

**ORDERED** that the LP Debtors are authorized to file a sur-reply in the above-captioned bankruptcy cases in the form attached to the Motion for Leave as Exhibit "A".

### 

Respectfully submitted,

**FISHMAN JACKSON RONQUILLO PLLC**

/s/ Mark H. Ralston
Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 4419-5500
E-mail: mralston@fjrpllc.com

**PROPOSED COUNSEL FOR THE DEBTORS**