# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

| | | |
|---|---|---|
| IN RE: **WC 1st and Trinity, LP** , Debtor(s) | Bankruptcy Case No.: | 20−10885−tmd |
| | Chapter No.: | 11 |
| | Judge: | Tony M. Davis |

## TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Bankruptcy Case No.: 20−10885−tmd . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **WC 1st and Trinity, LP**, relates to:

CM/ECF Doc. 66 entered on 9/14/2020 Order Granting [8] Motion to Dismiss Case, Or, In The Alternative, For Declaration That Receiver May Remain In Charge Of The Debtors In Possession filed by Stephen Wayne Lemmon for Interested Party Gregory S. Milligan, [10] Motion to Dismiss Case filed by William H. Daniel for Interested Party The Roy F. & Joann Cole Mitte Foundation

| | |
|---|---|
| ☒ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☐ | Additional Items: |

**REMARKS**:


Dated: 9/29/20

                                             Barry D. Knight
                                             Clerk, U. S. Bankruptcy Court


                                             BY: Adam Wallace , Deputy Clerk

                                                                              **[LtrTrnNtcDCBK]** [LtrTrnNtcDCBK]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 20-10885-tmd |
| WC 1st and Trinity, LP | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: wallacea | Page 1 of 2 |
| Date Rcvd: Sep 29, 2020 | Form ID: 511 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | Gregory S. Milligan, c/oStreusand Landon Ozburn & Lemmon, LLP, 1801 S. Mopac Expressway, Suite 320, Austin, TX 78746 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: legaldocs@world-class.com | Sep 30 2020 00:08:00 | WC 1st and Trinity, LP, 814 Lavaca St., Austin, TX 78701-2316 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 01, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| C. Daniel Roberts | |
| | on behalf of Creditor United Heritage Credit Union droberts@cdrlaw.net |
| Elizabeth N. Boydston | |
| | on behalf of Creditor Ladder Capital Finance LLC lboydston@polsinelli.com |
| Jason A. Starks | |
| | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Mark H. Ralston | |

20-10885-tmd Doc#85 Filed 10/01/20 Entered 10/02/20 00:02:18 Imaged Certificate of Notice Pg 3 of 3

| District/off: 0542-1 | User: wallacea | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Sep 29, 2020 | Form ID: 511 | Total Noticed: 2 |

| | |
| --- | --- |
| | on behalf of Interested Party Gregory S. Milligan mralston@fjrpllc.com sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com |
| Mark H. Ralston | |
| | on behalf of Debtor WC 1st and Trinity LP mralston@fjrpllc.com, sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com |
| Ray C Chester | |
| | on behalf of Interested Party The Roy F. & Joann Cole Mitte Foundation rchester@mcginnislaw.com kmcbride@mcginnislaw.com |
| Rhonda Bear Mates | |
| | on behalf of Interested Party Gregory S. Milligan mates@slollp.com rangel@slollp.com |
| Savanna Lee Barlow | |
| | on behalf of Creditor Ladder Capital Finance LLC sbarlow@polsinelli.com krusselburg@polsinelli.com |
| Stephen Wayne Lemmon | |
| | on behalf of Interested Party Gregory S. Milligan lemmon@slollp.com mates@slollp.com |
| United States Trustee - AU12 | |
| | ustpregion07.au.ecf@usdoj.gov |
| William H. Daniel | |
| | on behalf of Interested Party The Roy F. & Joann Cole Mitte Foundation wdaniel@mcginnislaw.com cosborn@mcginnislaw.com |

TOTAL: 11